IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAIG SMITH,

      Plaintiff,                    No. CIV S-07-1707 WBS EFB P

      vs.

CITY OF VALLEJO, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He filed his complaint on August 21, 2007. On December 4, 2007, the court found that the complaint stated cognizable claims as to defendants Greenberg, Estudillo, and Messina, but not as to defendants City of Vallejo or Vallejo Police Department. The court gave plaintiff 20 days to submit materials for service of process on defendants Greenberg, Estudillo and Messina, or, alternatively, 30 days to file an amended complaint.

      The times for acting have passed and plaintiff has not submitted the materials necessary to serve process on defendants Greenberg, Estudillo and Messina, nor has he filed an amended complaint or otherwise responded to the December 4, 2007, order.[1]

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his

1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice. *See* Fed. R. Civ. P. 41(b).
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED:   January 31, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

25 current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the
record address of the party is fully effective.

2