IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAIG SMITH,

    Plaintiff,                              No. CIV S-07-1707 WBS EFB P

    vs.

CITY OF VALLEJO, et al.,

    Defendants.                        <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 12, 2009, the court directed plaintiff to submit four copies of the August 21, 2007 endorsed complaint, three completed USM-285 forms and one summons for the U. S. Marshal to serve defendants. Plaintiff submitted the three completed USM-285 forms but submitted four incomplete copies of the August 21, 2007 and no summons was submitted. He has failed to comply with the order.

    It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the March 12, 2009 order, or to submit four complete copies of the August 21, 2007 complaint and a completed summons. Failure to comply with this order

////

1

will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the August 21, 2007 pleading and a blank summons.

DATED: April 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAIG SMITH,

    Plaintiff,

vs.

CITY OF VALLEJO, et al.,

    Defendants.

No. CIV S-07-1707 WBS EFB P

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    <u>One</u>    completed summons form

    <u>Four</u>    copies of the <u>August 21, 2007</u>
                                Complaint

Dated:

                                            Plaintiff