IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAIG SMITH,

      Plaintiff,                  No. 2:07-cv-1707 WBS KJN P

   vs.

CITY OF VALLEJO, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel with a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 19, 2009, plaintiff filed a motion asking the court to inquire as to the status of service of process on defendants. On November 12, 2009, plaintiff filed a request for entry of default, alleging that defendants failed to timely answer the complaint.

      However, on August 19, 2009, the U.S. Marshal filed a waiver of service of summons confirming service of process on defendants. Defendants waived service on August 12, 2009, which thereby extended their deadline to respond to the complaint until October 12, 2009. Defendants timely filed a motion to dismiss on August 14, 2009. Thus, plaintiff's motion and request for entry of default will be denied as moot.

////

1. IT IS HEREBY ORDERED that:

    1. Plaintiff's August 19, 2009 motion is denied; and

    2. Plaintiff's November 12, 2009 request is denied.

DATED: February 16, 2010

      /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit1707.def