IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAIG SMITH,

      Plaintiff,                    No. 2:07cv1707 WBS KJN P

      vs.

CITY OF VALLEJO, et al.,

      Defendants.               <u>ORDER</u>

          /

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 26, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed May 26, 2010, are adopted in full.

2. Defendants City of Vallejo and the Vallejo Police Department are dismissed from this action without prejudice. Fed. R. Civ. P. 41.

DATED: June 25, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE