## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANTHONY CRAIG SMITH,**

CASE NO: **2:07–CV–01707–WBS–KJN**

v.

**GREENBERG, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 7/21/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **July 21, 2010**

by: /s/ K. Zignago
Deputy Clerk